---

HULL.

Petitioners against an election, at their own request, have leave to withdraw their petition.

THE election of Martin Knight, the member returned from the town of Hull, was controverted by Ichabod Spooner and two others, on the ground, that the election was obtained by said Knight, who was one of the selectmen of the town, by illegally rejecting the vote of said Spooner.

The committee on elections, to whom the petition was referred, reported that the petitioners, at their own request, should have leave to withdraw their petition, and this report was agreed to.[2]

[1] 74 J. H. 705.       [2] Same, 455.